**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

DALLAS SNYDER,

        Plaintiff,

v.                                Case No. 2:16-cv-00433-SPC-CM

NAVIENT SOLUTIONS, INC.,
AND STUDENT ASSISTANCE CORP.,

        Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Navient Solution Services, Inc. (NSI), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: January 23, 2017

                Respectfully submitted,

                /s/ Rachel A. Morris
                Rachel A. Morris, Esq.
                Florida Bar No.: 091498
                Dayle M. Van Hoose, Esq.
                Florida Bar No. 0016277
                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                3350 Buschwood Park Drive, Suite 195
                Tampa, Florida  33618
                Telephone:   (813) 890-2469
                Facsimile:     (866) 466-3140

> rmorris@sessions.legal
> dvanhoose@sessions.legal
>
> Attorneys for Defendants,
> *Navient Solutions, Inc.*

### CERTIFICATE OF SERVICE

I certify that on this 23rd day of January 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system or U.S. First Class Mail including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

> Frank H. Kerney, III Esq.
> Morgan & Morgan, PA
> 201 N. Franklin St., Fl 7
> Tampa, FL 33602
> fkerney@forthepeople.com

> /s/ Rachel A. Morris
> Attorney